**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

In Re: BRET ALLEN LUNSFORD,

)
)
)

No. 1:14-mc-00076-TWP-DKL

**ENTRY**

Before the Court is a pleading titled Verified Affidavit of Facts by Specific Negative Averment filed by "bret-allen; Lunsford."

There is one and only one means by which to commence a civil action in federal court. That means is through the filing of a complaint. *See In re Allied Signal Corp.*, 915 F.2d 190, 192 (6th Cir. 1990) ("an action is commenced with the filing of a complaint rather than a motion"). The verified affidavit does not constitute a complaint. Accordingly, as filed, the document presents nothing for the court to act upon.

According to Rule 3 of the Federal Rules of Civil Procedure, a civil action is commenced upon the filing of a complaint with the court. If Mr. Lunsford wishes to file a lawsuit, he must file a complaint, and in doing so he shall be guided by the following: (a) the complaint shall comply with the requirement of Rule 8(a) of the Federal Rules of Civil Procedure that pleadings contain "a short and plain statement of the claim showing that the pleader is entitled to relief. . . ."; (b) the complaint must identify what legal injury he claims to have suffered and what persons are responsible for each such legal injury; and (c) the complaint shall contain a clear statement of the relief which is sought.

If a complaint is submitted as directed in the preceding paragraph, Mr. Lunsford should place the above cause number on it and the court will direct its further processing as warranted.

In addition, if Mr. Lunsford takes that step (submitting a complaint) he contemporaneously must either pay the $400.00 filing fee or demonstrate that he lacks the financial ability to do so.

This action shall be administratively closed if a complaint is not filed within 14 days of the date this Entry is docketed.

**IT IS SO ORDERED.**

Date: _07/21/2014_

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

BRET ALLEN LUNSFORD
2496 Truesdale Rd.
Gosport, IN 47433